IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02998-LTB

JOSEPH JON DREISMEIER,

    Plaintiff,

v.

TOM CLEMENTS (Executive Director CDOC),
JAMES FALK (Warden SCF),
RICHARD MISCHIARA (C/O IV at SCF),
C/O MCCORMICK (C/O III at SCF),
C/O CONEY (C/O II at SCF),
C/O BRUNKHARDT (C/O I at SCF), and
LARRY GRAHAM (Investigator for Inspector General's Office),

    Defendants.

## ORDER REINSTATING CASE

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on September 3, 2013, this civil action is reinstated. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on September 3, 2013. It is

FURTHER ORDERED that the case shall be reassigned to the *pro se* docket.

DATED at Denver, Colorado, this  6th  day of    September    , 2013.

BY THE COURT:


    s/Lewis T. Babcock
    LEWIS T. BABCOCK, Senior Judge
    United States District Court